John Patterson, W. L. Moyer and Nathan Forcheimer, Plaintiffs in Error, v. J. B. Lassiter, doing business as J. B. Gray & Company, Defendant in Error.

Filed January 25, 1916.

Writ of Error to Court of Record, Escambia County; Kirke Monroe, Judge.

Judgment affirmed.

*R. P. Reese,* for Plaintiffs in Error;

*George W. P. Whip,* for Defendant in Error.

---

B. G. Meyers and Beatrice Meyers, his wife, Plaintiffs in Error, v. Paul Butzloff, Defendant in Error.

Filed January 25, 1916.

Writ of Error to Circuit Court, Hillsborough County; F. M. Robles, Judge.

Judgment affirmed.

*Zewadski & Zewadski,* for Plaintiffs in Error;

*C. C. Whitaker, Karl E. Whitaker* and *W. F. Himes,* for Defendant in Error.